IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHAWN A. CLINE | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 3:15-CV-2714-M-BH |
| | ) | |
| ATTORNEY GENERAL OFFICES, | ) | |
| | ) | |
| Defendant. | ) | Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The plaintiff's *Application to Proceed In District Court Without Prepaying Fees or Costs*, filed August 19, 2015 (doc. 4), is **DENIED**, and the case will be dismissed by separate judgment for failure to prosecute or follow court orders.

SIGNED this 28 day of December, 2015.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS